# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of November, two thousand and fourteen.

_____

Elizabeth Starkey,
    Plaintiff-Appellant,

v.

G Adventures, Inc.,
    Defendant-Third Party Plaintiff-Appellee

_____

**ORDER**

Docket No. 14-1361

    Appellee moves for leave to file a supplemental appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

